UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OSEMI, INC., f/k/a
Ovation Semiconductor and
DAVID BRADDOCK,

CIVIL NO. 01-768 (RHK)

Plaintiffs,

v.

ORDER OF RECUSAL

RJM SEMICONDUCTOR, L.L.C. and
ROGER MALIK,

Defendants.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: May 7, 2001

JOHN M. MASON
United States Magistrate Judge

Filed MAY 07 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Osemi, Inc.

vs. 01/768RHK/SRN

RJM Semiconductor, et al

The above matter has been re-assigned to Magistrate Judge Susan R. Nelson per Magistrate Judge Mason's Recusal Order. Please use the above file number and judges initials when submitting documents for future filing with the court.